IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:07CR16 DCB-JCS

ERIC RAYNALDO JOHNSON

## ORDER TO SEAL

The United States of America requests that the Indictment herein be sealed, and represents the following:

The Grand Jury has returned an Indictment against the Defendant. Revealing the existence of the Indictment prior to the arrest of the Defendant would jeopardize law enforcement agents and greatly impede the apprehension of the Defendant.

WHEREFORE, the United States requests that the Court SEAL the Indictment, this Motion and Order, pending the arrest of the Defendant.

Respectfully submitted,

DUNN LAMPTON
UNITED STATES ATTORNEY

By: _____
JERRY L. RUSHING
Assistant United States Attorney

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that the Indictment herein be sealed, as well as this Motion and Order to Seal.

SO ORDERED, this the  23  day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE