IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO: 5:07CR16-DCB-JCS

ERIC RAYNALDO JOHNSON

### ORDER OF DISMISSAL AS TO COUNT 2 OF THE INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against ERIC RAYNALDO JOHNSON as the defendant pled guilty to Count 1 of the Indictment.

DUNN LAMPTON
United States Attorney

By:   s/ Jerry L. Rushing
JERRY L. RUSHING
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal as to Count 2 of the Indictment as the defendant pled guilty to, and has been sentenced in, Count 1 of the Indictment.

ORDERED this ___ day of January, 2008.

UNITED STATES DISTRICT JUDGE